IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DAVID M. STEIN,** *Individually and on Behalf of all Others Similarly Situated*, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:16-CV-549-L** (Consolidated with Civil Action No. 3:16-CV-668-L) |
| **MATCH GROUP, INC.,** *et al.*, | § § § | |
| Defendants. | § | |

**ORDER CONSOLIDATING ACTIONS AND EXTENDING
DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND**

Plaintiff David M. Stein in this putative class action and Plaintiff Sephany Kam-Wan Chan in related putative class action in Case No. 3:16-CV-668-L (collectively, "Plaintiffs"), as well as other prospective plaintiffs or class members (collectively, "Movants") filed motions to consolidate the two actions on April 26, 2016 (Docs. 6, 9, 12, 14). Defendants Match Group, Inc. and the individual Defendants in both actions notified the court that they are not opposed to the motions to consolidate the two actions. Pursuant to Fed. R. Civ. P. 42(a) and Local Rule 42.1, the court determines that the above-styled cases should be consolidated.[1] Accordingly, the court **grants** Plaintiffs' and Movants' motions to consolidate the two actions (Docs. 6, 9, 12, 14), and Civil Action No. 3:16-CV-668-L is hereby **closed** and **consolidated** under Civil Action No. **3:16-CV-549-L.**

---

[1] Federal Rule of Civil Procedure 42(a) provides: "If actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Having considered the pleadings in both actions, the court determines that common questions of law and fact are present. Moreover, maintaining multiple separate actions that arise from the same events and present overlapping legal issues is unduly burdensome and an inefficient use of judicial resources.

**Order Consolidating Actions and Extending Defendants' Deadline to Answer or Otherwise Respond - Page 1**

**Henceforth, all pleadings filed in this action shall be filed under Civil Action No. 3:16-CV-549-L, styled *Stein, et al. v. Match Group, Inc., et al.*, and shall bear the legend "Consolidated with Civil Action No. 3:16-CV-668-L."**

Each of the motions to consolidate also includes a request by Plaintiffs and Movants for the court to appoint or approve the appointment of a lead plaintiff and lead counsel for Plaintiff in accordance with Federal Rule of Civil Procedure 23(a) and the Securities Act of 1933, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA").  In addition, the parties filed Stipulations in both actions in which they agree, subject to court approval, that Defendants' time to file an answer or otherwise respond is extended until after appointment by the court of a lead plaintiff under the PSLRA.  The parties further stipulate that, upon appointment of a lead plaintiff, they will confer and present for the court's approval a proposed schedule that establishes a deadline for the filing of a consolidated complaint, a deadline for the Match Group Defendants and Underwriter Defendants to answer or otherwise respond to the consolidated complaint, and a briefing schedule governing any motions filed by Defendants with respect to the consolidated complaint.  On April 15, 2016, the Underwriter Defendants in Civil Action No. 3:16-CV-668-L also filed a separate Motion to Extend Time to Answer or Otherwise Respond (Doc. 12) seeking similar relief.  This motion appears to have been filed out of an abundance of caution because the Stipulations were not filed as motions.

The court hereby **approves** the parties' Stipulations (Docs. 4, 9) and **denies as moot** the Underwriter Defendants' Motion to Extend Time to Answer or Otherwise Respond (Doc. 12).  Accordingly, Defendants shall have no obligation to file an answer or otherwise respond until after the court appoints a lead plaintiff and lead counsel for Plaintiffs and establishes a schedule and

deadlines for Plaintiffs to file a consolidated complaint and Defendants to answer or otherwise respond to the consolidated complaint. The clerk of the court **shall** docket this order in both cases herein referenced.

    **It is so ordered** this 28th day of April, 2016.

*[Signature: Sam A. Lindsay]*

Sam A. Lindsay
United States District Judge