UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARY McCLOSKEY, *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § § § § | Civil Action No. **3:16-CV-549-L** (Consolidated with Civil Action No. 3:16-CV-668-L) |
| MATCH GROUP, INC., *et al*,, | § § | |
| Defendants. | § | |

## FIRST AMENDED SCHEDULING ORDER

Before the court is the parties Joint Status Report, filed July 27, 2016.  The court **vacates** the Scheduling Order and Mediation Order issued July 20, 2016, and **issues** this First Amended Scheduling Order.  Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Local Rules of this Court, the Private Securities Litigation Reform Act of 1995, the Civil Justice Expense and Delay Reduction Plan for the Northern District of Texas, and the Parties' Joint Status Report, filed on July 27, 2016, the court hereby approves the parties' agreements as reflected in the Joint Status Report and ORDERS as follows:

1. Lead Plaintiffs shall file, or designate, an operative consolidated complaint (the "Complaint") no later than September 9, 2016.

2. Defendants shall answer, move, or otherwise respond to the Complaint no later than November 8, 2016, with it being understood that Defendants reserve the right to challenge jurisdiction.

3. In the event that Defendants file a motion or motions to dismiss the Complaint, Lead Plaintiffs shall file their opposition to such motion(s) no later than December 23, 2016, and

**First Amended Scheduling Order – Page 1**

Defendants shall file their reply(ies) in further support of the motion(s) no later than February 6, 2017.

    4.    The Parties will confer and file a supplemental Joint Status Report and proposed scheduling order addressing the remaining deadlines to be set in this case, after there is a ruling regarding Defendants' motion(s) to dismiss.

    **It is so ordered** this 17th day of August, 2016.

                                   Sam A. Lindsay
                                   United States District Judge